497 A.2d 608

**MOUNT LEBANON MEDICAL CENTER, INC., etc., et al., Petitioners,**

v.

**M.N.C. CORPORATION, etc.**

Supreme Court of Pennsylvania.

Aug. 29, 1985.

Petition for Allowance of Appeal GRANTED, 64 W.D. Appeal Docket 1985.